IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAD JAMES HUSTON, K&N CONSULTING, LLC, and TMP SERVICES, LLC,<br><br>Defendants. | CR 13-98-GF-BMM<br>CR 14-46-GF-BMM<br>CR 14-47-GF-BMM<br><br>AMENDED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL |

The defendants Shad James Huston, K&N Consulting, LLC, and TMP Services, LLC (collectively "Huston Defendants") have moved this Court for leave to file under seal. (Doc. 411, 94, 130). The Huston Defendants cite the generally the interests of justice and the Huston Defendants' Sixth Amendment rights to a fair trial in support of the motion for leave to file under seal. (Doc. 412, 95, 131).

Upon the Huston Defendant's motion and for good cause appearing, **IT IS HEREBY ORDERED** that the defendants Shad James Huston's, K&N Consulting, LLC's, and TMP Services, LLC's motion to file under seal (Doc. 411, 94, 130) is GRANTED.

1

**IT IS FURTHER ORDERED** that the Huston Defendants serve a copy of the sealed motion and brief in support on the Government.

DATED this 24th day of April, 2015.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge