# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAD JAMES HUSTON, K & N CONSULTING, LLC, and TMP SERVICES, LLC, <br><br> Defendants. | CR 14-47-GF-BMM <br><br><br> ORDER |

Upon the United States' unopposed motion to dismiss the Indictment and Superseding Indictment, and for good cause shown,

It is ordered that the Indictment and Superseding Indictment against Shad James Huston, K & N Consulting, LLC, and TMP Services, LLC, are dismissed.

DATED this 1st day of March, 2016.

_____
Brian Morris
United States District Court Judge